# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RUNELL MAYE, | : |
| Plaintiff, | : |
| vs. | :  CA 06-0055-C |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | : |
| | : |
| Defendant. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 21st day of December, 2006.

                       s/WILLIAM E. CASSADY
                       **UNITED STATES MAGISTRATE JUDGE**